IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                    CASE NO. 1:97-cr-00032-MP

TONY SOWELL,

     Defendant.

_____/

## O R D E R

     This matter is before the Court on Doc. 88, Motion to Set Aside Judgment (pursuant to

rule 60 b) by Tony Sowell.  Despite the title given to it by Mr. Sowell, this motion is actually a

motion collaterally attacking his conviction and sentence.  Such a motion must be brought under

28 U.S.C. § 2255.  Mr. Sowell has already had a § 2255 motion dismissed, however.

Accordingly, the motion under Rule 60(b) is denied, and the motion to proceed in forma

pauperis, doc. 89, is also denied as moot.

     **DONE AND ORDERED** this *4th* day of January, 2006

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge